### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINIOS

In re: MARTIN DELGADO                §          Case No. 13-82209
     JENNIFER C. DELGADO          §
                         §
       Debtors                       §

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 06/19/2013.

2) The plan was confirmed on 11/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/27/2013.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $34,200.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 806.84 | |
| Less amount refunded to debtor | $ 70.16 | |
| **NET RECEIPTS** | | $ 736.68 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 532.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 44.20 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 576.20 |

Attorney fees paid and disclosed by debtor:      $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 532.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 1,725.00 | 554.65 | 554.65 | 160.48 | 0.00 |
| MIDWEST TITLE LOANS | Uns | 675.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 153.00 | 1,410.84 | 1,410.84 | 0.00 | 0.00 |
| BANQUET FINANCIAL | Uns | 1,929.40 | NA | NA | 0.00 | 0.00 |
| CBHV | Uns | 210.21 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS | Uns | 966.79 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 309.00 | 219.48 | 219.48 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 216.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Uns | 229.58 | 213.73 | 213.73 | 0.00 | 0.00 |
| DISH NETWORK | Uns | 284.58 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Uns | 46.39 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 585.95 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 216.00 | 216.73 | 216.73 | 0.00 | 0.00 |
| JRSI INC | Uns | 2,096.02 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 753.00 | 752.61 | 752.61 | 0.00 | 0.00 |
| MIDWEST COLLECTION SERVICES | Uns | 6,598.35 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NATIONAL RECOVERY AGENCY | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 10,107.00 | 10,297.75 | 10,297.75 | 0.00 | 0.00 |
| NICOR GAS | Uns | 628.18 | 572.71 | 572.71 | 0.00 | 0.00 |
| PENN CREDIT | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 692.00 | 692.17 | 692.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 585.00 | 470.24 | 470.24 | 0.00 | 0.00 |
| READER SERVICE | Uns | 24.76 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 97.00 | 97.17 | 97.17 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 1,521.00 | 1,522.00 | 1,522.00 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,427.17 | 1,630.09 | 1,630.09 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 496.00 | 487.09 | 487.09 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 745.03 | 745.03 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 69.94 | 69.94 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 422.14 | 422.14 | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 1,037.14 | 1,037.14 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 189.28 | 189.28 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 302.17 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 412.88 | 412.88 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 510.17 | 510.17 | 0.00 | 0.00 |
| AFNI INC | Uns | 0.00 | 78.66 | 78.66 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE % AT&T | Uns | 0.00 | 314.43 | 314.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 585.25 | 585.25 | 0.00 | 0.00 |

<u>Summary of Disbursements to Creditors:</u>

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 554.65 | $ 160.48 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 554.65 | $ 160.48 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,947.53 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | | |
|---|---|---|
| Expenses of Administration | $ 576.20 | |
| Disbursements to Creditors | $ 160.48 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 736.68 |

     12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>01/15/2014</u>        By:  <u>/s/ Lydia S. Meyer</u>
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**